# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-cr-0104-BTM |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| ABRAHAM ZAZUETA-LOPEZ, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against ABRAHAM ZAZUETA-LOPEZ in this case is dismissed without prejudice.

SO ORDERED.

DATED: April 5, 2022

_____
HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE